NUMBER 13-04-00660-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
                         IN RE: ROBERT HOLEMAN TWIST
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Garza 
Per Curiam Memorandum Opinion



 
         Relator, Robert Holeman Twist, filed a petition for writ of mandamus in the above
cause on December 14, 2004. The Court, having examined and fully considered the petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a).
                                                                                                  PER CURIAM

Memorandum Opinion delivered and filed
this 21st day of December, 2004.